McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 993-8100
Attorneys for Defendant
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALDEN GOLDSTEIN,<br><br>        Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Defendant. | Civil Action No.: 1:23-cv-06646-LJL |

## CIVIL ACTION – CONSENT ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having been opened to the Court upon the joint application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Defendant Metropolitan Life Insurance Company, and Goldstein & Horowitz, LLP, attorneys for Plaintiff Alden Goldstein and the Court having been apprised that the parties hereto have reached a full and final resolution and settlement of this civil action and having been further apprised that the parties desire to dismiss with prejudice and this civil action, and for good cause having existed for the entry of the within Order;

**IT IS ON THIS** ___28th___ day of _September_ ;

**ORDERED** that this civil action be and the same hereby is dismissed with prejudice and without attorneys' fees or costs assigned to either party.

_____
Hon. Lewis J. Liman, U.S.D.J.

The undersigned hereby consent to the form, content and entry of the within Order of Dismissal.

GOLDSTEIN & HOROWITZ
Attorney for Plaintiff
Alden Goldstein

By: _____
Michael M. Horowitz, Esq.

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Attorney for Defendant
Metropolitan Life Insurance Company

By: _____
Randi F. Knepper, Esq.

Dated: September 27, 2023

4852154